IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-00293-FL

| | |
|---|---|
| WITNESS INSECURITY, LLC, | |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |
| HEATHER HALE, | |
| Defendant. | |

> MOTION **DENIED**
> This __28__ day of __July__, 20__12__
> /s/Louise W. Flanagan
> LOUISE W. FLANAGAN
> United States District Judge

NOW COMES Plaintiff Witness Insecurity, LLC ("Plaintiff"), pursuant to Fed. R. Civ. Pro. 55, and respectfully moves the Court to enter default against Defendant Heather Hale ("Defendant"). In support whereof, Plaintiff shows the Court as follows:

1. Plaintiff commenced the above-captioned civil action by filing a Complaint and causing a summons to be issued against Defendant in the Superior Court Division of the General Court of Justice for Wake County, North Carolina on April 27, 2012.

2. Plaintiff served Defendant with a copy of the Complaint and the summons on April 30, 2012. A copy of the Affidavit of Service that Plaintiff previously filed in state court is attached hereto as Exhibit 1.

3. On May 25, 2012, Defendant filed certain documents with this Court, including a Motion for Leave to Proceed in Forma Pauperis and a purported Notice of Removal. Defendant admitted that she was served on April 30, 2012. (ECF No. 1-1, ¶ 2). Defendant also filed copies of Plaintiff's state-court Complaint, summons, and civil action cover sheet.

4. Pursuant to Fed. R. Civ. Pro. 81, the deadline for Defendant to "answer or present other defenses or objections" in response to the Complaint was June 1, 2012.